UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------x

In Re:

    EDWARD A. LEWIS
    And REGINA V. LEWIS,

              Debtors.

CHAPTER 7

Case No. 08-17412 (JF)

COMPLAINT OBJECTING TO DISCHARGE OF CERTAIN DEBT OF THE DEBTORS PURSUANT TO
11 U.S.C. § 523 (a)(2)(A) and (4)

-------------------------------------------------------x

TO THE HONORABLE JUDGE FEENEY UNITED STATES BANKRUPTCY JUDGE:

HARRY FAGEN, pro se, residing at 10632 Boedeker Street, Dallas, Texas 75230, (the "Objectant") alleges pursuant to 11 U.S.C. Section 523(a)(2)(A) and (4), respectively:

1. The Debtor filed a petition (the "Petition") pursuant to Chapter 7 of the Bankruptcy Code on September 30, 2008.

2. Stewart F. Grossman, Looney & Grossman, 101 Arch Street, Boston, Massachusetts 02110 has been appointed Trustee and upon information and belief no Committee of Unsecured Creditors or Examiner has been appointed.

3. The Application is made pursuant to 11 U.S.C. Section 523 (a)(2)(A) and (4) which provides inter alia:

    **§523. Exceptions to discharge.**

    (a)    A discharge under section 727, 1141, 1228(a), 1228(b), or 1328(b) of this title does not discharge an individual debtor from any debt...

      (2) for money, property, services, or an extension, renewal, or refinancing of credit, to the extent obtained, by...
      (A) false pretenses, a false representation, or actual fraud...

      (4) for fraud or defalcation while acting in a fiduciary capacity, embezzlement, or larceny;

4.    I am over eighty (80) years old and make this application in accordance with 11 U.S.C. § 524(a)(2)(A) and (4) to object to the discharging of a Ten Thousand and 00/100 ($10,000.00) dollar debt due me by the Debtors predicated on the fact that I lent them Ten Thousand and 00/100 ($10,000.00) dollars based on a representation by them to me that they would repay the money without interest upon the sale of their home as indicated in their joint letter to me dated May 25, 2006. A copy of same is annexed hereto as Exhibit "A" along with a copy of my checks.

## AS AND FOR A FIRST PRAYER FOR RELIEF

5.    That at all times hereinafter mentioned, the Objectant, HARRY FAGEN, was and still is a resident of the City of Dallas and State of Texas.

6.    That at all times hereinafter mentioned, the Debtors, were and still are residents of the State of Massachusetts.

7.    That the Debtors represented that Debtors would repay the Objectant Ten Thousand and 00/100 ($10,000.00) dollars upon the sale of their house.

8.    That said representations were false when made and in truth and fact, Debtors had no intention of repaying the Objectant when they sold their home.

9. That Debtors misrepresented to Objectant that they would repay the Objectant upon the sale of their home, when, in fact, no such repayment plan ever existed.

10. That said representations were known to be false when made and/or were made recklessly and without regard to the actual facts and were made with the intention of deceiving and defrauding Objectant and were made in order to induce the Objectant and give them the Ten Thousand and 00/100 ($10,000.00) dollars lent by Objectant.

11. That Objectant did not discover the true facts with regard to said representation until September 2008 nor could the Objectant, with reasonable diligence, have discovered the true facts prior to September 2008.

12. That Objectant believed Debtors' representations to be true at the time they were made and relied thereon and were thereby induced to lend the Ten Thousand and 00/100 ($10,000.00) dollars and give the consideration hereinbefore referred.

13. That had Objectant known of the intentions of the Debtors not to repay the Objectant when they sold their home, Objectant would not have lent the Debtors the Ten Thousand and 00/100 ($10,000.00) dollars, and given the aforesaid consideration.

14. That as a result of the fraudulent statements made by the Debtors, Objectant has been damaged in the sum of Ten Thousand and 00/100 ($10,000.00) dollars, with interest since the date Debtors sold their home.

### AS AND FOR A SECOND PRAYER FOR RELIEF

15. That Objectant repeats, reiterates, and re-alleges each and every allegation contained in the paragraphs hereinbefore designated "1" through "14" inclusive, with the same force and effect as though more fully set forth at length herein.

16. Based upon the foregoing, the Objectant has been damaged, and is entitled to relief under 11 U.S.C. §523 (4).

**WHEREFORE,** HARRY FAGEN, pro se, seeks an Order denying the Debtors from discharging the debt owed to me from both Debtors in the sum of Ten Thousand and 00/100 ($10,000.00) dollars, pursuant to 11 U.S.C. §523 (a)(2)(A) and (4), and for such other and further relief as to this Court seems just and proper, on both prayers for relief.

Dated: Dallas, Texas
       December 26, 2008

_____
HARRY FAGEN
Pro Se
10632 Boedeker Street
Dallas, Texas 75230

May 25, 2006

Mr. Harry Fagen
10632 Boedeker Street
Dallas Texas 75230-4448

Dear Harry,

I probably could write a small book ( or maybe a large one) to express both Gina's and my feelings about your generosity. There are also times when a thank you says everything. Upon the sale of our home, we will repay that ten thousand dollar loan you made us. Again, we can only say thank you.

Kindest regards,

Ed & Gina

SAN FRANCISCO DESIGN CENTER
2 HENRY ADAMS STREET, SUITE 280
SAN FRANCISCO, CALIFORNIA 94103-5026

T(415-437-1800)   F(415-437-2400)

Posting Date: 2006-06-07
Sequence #: 430863253
Account #: 7700250340
Routing Transit: 11100061
Amount #: $10000.00
Check/Serial #: 000000004801
Bank #: 201
Tran Code: 004801
IRD: 4
ItemType: P
BOFD: 000000000





131151

https://instantimage.bankone.net/Star/action/Print.do?singleItem=checkbox_Check_2006-0...   6/12/2006

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------x
In Re:                                                    CHAPTER 7

    EDWARD A. LEWIS                                  Case No. 08-17412 (JF)
    And REGINA V. LEWIS,

                   Debtors.                              **AFFIDAVIT OF MAILING**
-------------------------------------------------------x

STATE OF TEXAS, COUNTY OF _Dallas_____ } ss.:

HARRY FAGEN, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years, and I reside at 10632 Boedeker Street, in the City of Dallas, County of _Dallas_____, State of Texas.

2. I am a Pro Se Objectant to the Discharge of Certain Debt of the Debtors Pursuant to 11 U.S.C. §523 (a)(2)(A) and (4) in the above-captioned matter.

3. On December _26th_, 2008, I served, **via regular, first-class mail**, the Complaint Objecting to Discharge of Certain Debt of the Debtors Pursuant to 11 U.S.C. §523(a)(2)(A) and (4), upon the following persons, by enclosing in an envelope, properly post-paid, and properly addressed to each of the following persons at their last-known addresses for service, and by depositing same in a mailbox and/or at an official U.S. Postal Service depository or post office, under the exclusive custody and control of the United States Postal Service, located within the City of Dallas, State of Texas:

    (i)    Stewart F. Grossman, Esq., Trustee
           Looney & Grossman
           101 Arch Street
           Boston, MA 02110;

    (ii)   Lynne F. Riley, Esq.
           Altman, Riley, Esher, LLP
           Attorney for Debtors
           100 Franklin Street
           Boston, MA 02110;

    (iii)  Edward A. Lewis
           Debtor
           D/b/a Edward A. Lewis Carpet
           164 Galen Street
           Watertown, MA 02472;

1

and,
- (iv) Regina V. Lewis
  Debtor
  907 Morgan Bay Road
  East Blue Hill, ME 04629.

The aforesaid papers were properly endorsed with the Court's Case Number.

Dated: Dallas, Texas
       December 26th, 2008

                                          _____
                                          HARRY FAGEN

STATE OF TEXAS, COUNTY OF _Dallas_ :

On the 26th day of December, in the year 2008, before me, the undersigned, personally appeared **HARRY FAGEN**, the signator to the foregoing instrument, with whom I am personally acquainted, or who presented to me valid and sufficient identification, and who, being duly-sworn, did depose and say that, he resides at: 10632 Boedeker Street, Dallas, Texas 75230; that he proved upon satisfactory evidence to be the individual described in and who executed the foregoing instrument; that the undersigned Notary Public was present and saw said **HARRY FAGEN** execute the same.

_____
Notary Public

(The seal and/or stamp of the Notary Public)

MONIQUE ELIZABETH COMSTOCK
Notary Public, State of Texas
My Comm. Expires May 5, 2011

DEC 29 '08 AM 9:11 USB

2

I:\Bankruptcy\Fagen affidavit of mailing 12-24-08.doc